[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 18, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-16054
Non-Argument Calendar
_____

D. C. Docket Nos. 05-00182-CV-1 & 03-13298-SDB

MATTHEWS, WILSON & MATTHEWS, INC.,

Debtor,

MATTHEWS, WILSON & MATTHEWS, INC.,

Plaintiff-Appellant,

versus

PEOPLES COMMUNITY BANK OF SOUTH CAROLINA,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

**(April 18, 2007)**

Before DUBINA, CARNES and HILL, Circuit Judges.

PER CURIAM:

We have carefully reviewed the record, the briefs of the parties and the order of the district judge. Finding no reversible error therein, the judgment in favor of defendant/appellee is

**AFFIRMED.**